IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO. 06-715-01** |
| v. | |
| **SYEED BRIGGS** | **CIVIL ACTION** |
| | **NO. 11-1816** |

**O R D E R**

**AND NOW**, this 8th day of July 2011, upon consideration of petitioner's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 241, filed March 14, 2011), Petitioner's Memorandum of Law and Supporting Appendix in Support of His Motion to Vacate Conviction Pursuant to Title 28 U.S.C. § 2255 (Document No. 251, filed May 12, 2011), and Government's Response in Opposition to Petitioner's Pro Se Motion Pursuant to 28 U.S.C. § 2255 (Document No. 255, filed May 31, 2011), for the reasons set forth in the Memorandum dated July 8, 2011, **IT IS ORDERED** as follows:

1. Petitioner's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 241, filed March 14, 2011) is **DENIED**;

2. A certificate of appealability will not issue for any of petitioner's claims because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

1

3. The Clerk of Court shall **MARK** the case **CLOSED**.

                                                  **BY THE COURT:**

                                                  **/s/ Hon. Jan E. DuBois**

                                                  **JAN E. DUBOIS, J.**