IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **SYEED BRIGGS** | **NO. 06-715** |

## O R D E R

**AND NOW**, this 8th day of March, 2021, upon consideration of Briggs's *pro se* Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582 and First Step Act of 2018 (Document No. 305, filed November 11, 2020), the Government's Response to Motion for Compassionate Release Under 18 U.S.C. § 3582 and Request for Stay (Document No. 307, filed November 28, 2020), Briggs's counseled Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 312, filed January 7, 2021), and the Government's Response (Document No. 324, filed January 28, 2021), for the reasons stated in the accompanying Memorandum dated March 8, 2021, **IT IS ORDERED** as follows:

1. Briggs's *pro se* Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582 and First Step Act of 2018 and Briggs's counseled Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) are **GRANTED**;

2. The Government's Request for Stay is **DENIED**;

3. Briggs's sentence is reduced to **TIME SERVED,** approximately 16 years after adjustment for good time credit;

4. Excepting only as noted above, the Judgment dated March 25, 2008, providing, *inter alia*, five years of supervised release, continues in effect; and

5. This Order is **STAYED** for no longer than 14 days to permit the Probation Office to verify Briggs's residence and/or establish a release plan, for Briggs to make appropriate travel

arrangements, and to ensure his safe release. Briggs shall **BE RELEASED** as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for Briggs to travel.

**BY THE COURT:**

/s/ **Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**